UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-14040-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

JAVAR WYCHE,

    Defendant(s).
_____/

## JUDGMENT FOR REVOCATION

THIS CAUSE came before the Court for hearing on June 4, 2012 on two violations of supervised release.

The Court has considered the record, and has heard argument of counsel. The Court has carefully considered the statements of all parties, testimony offered, the information contained in the violation report, the Report and Recommendation [144] and Objections [146]. The Court hereby adopts the Report and Recommendation [144] and finds that the defendant has violated the terms and conditions of supervised release and here by REVOKES the period of supervised release. It is

ORDERED AND ADJUDGED that the Defendant's sentence of supervised release is hereby **REVOKED,** and the Defendant, Javar Wyche is hereby remanded to the United States Marshals and committed to the custody of the Bureau of Prisons for a term of Eighteen (18) Months.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 12 Months. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which he is released. While on supervised release, the defendant shall not commit any federal, state or local crimes; shall be prohibited from possessing a firearm or other dangerous devices; and shall not possess a

controlled substance. In addition, he shall comply with the standard and special conditions of supervised release originally imposed by this Court.

DONE AND ORDERED in Chambers at Miami, Florida this 5th day of June, 2012.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record
Probation 1 cert copy
U. S. Marshal - 1 cert copy